# HEATON-PENINSULAR BUTTON FASTENER COM-PANY *v.* INDEPENDENT BUTTON FASTENER COMPANY. (2)

### TRADEMARKS.

This case is governed by the decision of the court in *Heaton-Peninsular Button Fastener Co.* v. *Independent Button Fastener Co. ante,* 264.

No. 951.   Patent Appeals.   Submitted January 13, 1915.   Decided March 1, 1915.

HEARING on an appeal from a decision of the Commissioner of Patents canceling the registration of a trademark.

*Affirmed.*

*Mr. Melville Church* for the appellant.

*Mr. Ellis Spear, Jr., Mr. J. M. Spear,* and *Mr. W. F. Hall* for the appellee.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

This case between the same parties was submitted with Number 950, [*ante,* 264] and presents substantially the same question.

For the reasons given in the opinion in that case, the decision is affirmed.

The clerk will certify this decision to the Commissioner of Patents, as required by law.                    *Affirmed.*